771 S.E.2d 850

Re: **ADMINISTRATIVE SUSPENSIONS FOR FAILURE TO COMPLY WITH CONTINUING LEGAL EDUCATION REQUIREMENTS.**

Supreme Court of South Carolina.

April 23, 2015.

## ORDER

The South Carolina Commission on Continuing Legal Education and Specialization has furnished the attached list of

lawyers who have failed to file reports showing compliance with continuing legal education requirements, or who have failed to pay the filing fee or any penalty required for the report of compliance, for the reporting year ending in February 2015. Pursuant to Rule 419(d)(2), SCACR, these lawyers are hereby suspended from the practice of law. They shall surrender their certificates to practice law in this State to the Clerk of this Court by May 22, 2015.

Any petition for reinstatement must be made in the manner specified by Rule 419(e), SCACR. Additionally, if they have not verified their information in the Attorney Information System, they shall do so prior to seeking reinstatement.

These lawyers are warned that any continuation of the practice of law in this State after being suspended by this order is the unauthorized practice of law, and will subject them to disciplinary action under Rule 413, SCACR, and could result in a finding of criminal or civil contempt by this Court. Further, any lawyer who is aware of any violation of this suspension shall report the matter to the Office of Disciplinary Counsel. Rule 8.3, Rules of Professional

/s/ Jean H. Toal, C.J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr. J.

/s/ Costa M. Pleicones, J.

/s/ Donald W. Beatty, J.
    FOR THE COURT

LAWYERS NON–COMPLIANT
WITH THE MCLE REQUIREMENTS
FOR THE 2014–2015 REPORTING YEAR
AS OF APRIL 16, 2015

James Barry Abston
221 East Side Square, Ste. 1
Huntsville, AL 35801

Michael Frank Johnson
124 Bendingwood Circle
Taylors, SC 29687
INTERIM SUSPENSION
(4/1/14)

Brian Marshall Byrd
The Byrd Law Firm, LLC

147 Wappoo Creek Drive, Suite 303
Charleston, SC 29412

Stephen Edward Carter
Carter Law Firm
19 Shelter Cove Lane, Suite 100
Hilton Head Island, SC 29928–3574
ADMINISTRATIVE SUSPENSION (3/4/15)
INTERIM SUSPENSION (3/3/15)

Kathleen Devereaux Cauthen
Coastal Family Justice, LLC
PO Box 611

Blythewood, SC 29016
INTERIM SUSPENSION (6/27/14)

Joenathan Shelly Chaplin
Law Office of Joenathan S. Chaplin
4511 N. Main Street
Columbia, SC 29203
INTERIM SUSPENSION (5/23/14)

Kevin Peter Corrigan
12 Larnes Street, Apartment D
Charleston, SC 29403
ADMINISTRATIVE SUSPENSION (3/4/15)

Kimberlee Joanne De Biase
2260 NE 52nd Street

Ft. Lauderdale, FL 33308

ADMINISTRATIVE SUSPENSION (3/4/15)

Katherine Dunbar Landess
Law Office of Kate Dunbar Landess, L.L.C.
318 Yarmouth Drive

Columbia, SC 29210
INCAPACITY INACTIVE STATUS (3/31/15)

James Andrew Lund
AgFirst Farm Credit Bank
1401 Hampton Street
Columbia, SC 29201

ADMINISTRATIVE SUSPENSION (3/4/15)

Eric R. Martin
Martin Law Firm
34 Woodcross Dr., Apartment 1502
Columbia, SC 29212
SIX–MONTH SUSPENSION (10/1/14)

Michael David Merolla
MDM Law

1325 Freer Street
Charleston, SC 29412

William Ruffin Pearce, Jr.
2121 Greenway Avenue
Charlotte, NC 28204

Gretchen Aynsley Rogers
Berman Sobin Gross Feldman & Darby, LLP
481 N. Frederick Ave., Suite 300
Gaithersburg, MD 20877

ADMINISTRATIVE SUSPENSION (3/4/15)

Mark Anthony Drogalis
EDENS
204 Roundtree Road
Blythewood, SC 29016

Samuel Robert Drose
S. Robert Drose, PA
PO Box 3
Marion, SC 29571

INTERIM SUSPENSION
(5/19/14)

Kevin Bruce Elmore
3060 Glen Oak Avenue North

Clearwater, FL 33759

Marcus G. Farrant
BT Americas Inc.
1820 Peachtree Road NW, Unit 311
Atlanta, GA 30309

Joel F. Geer
Joel F. Geer Law Firm

330 E. Coffee Street, Suite 1047
Greenville, SC 29601
ADMINISTRATIVE SUS-
PENSION (3/4/15)
INTERIM SUSPENSION
(4/10/15)

Robert L. Joga
100 Kingsley Park Drive

Fort Mill, SC 29715
ADMINISTRATIVE SUS-
PENSION (3/4/15)

Jason Kersi Shroff
120 Red Wolf Trail
Myrtle Beach, SC 29579

Max B. Singleton
246 Abners Trail Road
Greer, SC 29651
INTERIM SUSPENSION
(11/7/14)

J. Craig Smith
Koskoff, Koskoff and Bieder,
LLP
350 Fairfield Ave.
Bridgeport, CT 06604

Gene Stockholm
Oswald Law Firm, LLC
303 Redington Way

Irmo, SC 29063
ADMINISTRATIVE SUS-
PENSION (3/4/15)

A. Brian Threlkeld
Federal Public Defender's Office
135 E. Nittany Ave., Apt. 610
State College, PA 16801–5364

Courtney Colleen Wittstruck
8501 Palmetto Commerce Parkway
Ladson, SC 29456